IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MADISONVILLE COMMONS, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> Case No. 4:24-CV-01626 |

**NOTICE OF SETTLEMENT**

Plaintiff, KIRK MACKEY, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, MADISONVILLE COMMONS, LLC.

Plaintiff and Defendant, MADISONVILLE COMMONS, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 11th day of November, 2024.

          Law Offices of
          THE SCHAPIRO LAW GROUP, P.L.

          /s/ Douglas S. Schapiro
          Douglas S. Schapiro, Esq.
          Southern District of Texas ID No. 3182479
          The Schapiro Law Group, P.L
          7301-A W. Palmetto Park Rd., #100A
          Boca Raton, FL 33433
          Tel: (561) 807-7388
          Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 11th day of November 2024.

          /s/ Douglas S. Schapiro
          Douglas S. Schapiro, Esq.
          Southern District of Texas ID No. 3182479