IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-01626 |
| MADISONVILLE COMMONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIRK MACKEY and Defendant, MADISONVILLE COMMONS, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 18th day of December, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s     Perry N. Bass
Perry N. Bass, Esq
TBA No. 4376
Law Ofice of Perry N. Bass
P.O. Box 52163
Houston, TX  77052
Tel:  832-875-7440
Email:  pnbatty@earthlink.net

 Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479